1006

CITIZENS BANKING COMPANY et al., Intervening Bondholders, Appellants, v. STURGEON BAY COMPANY, Debtor, Appellee.

No. 7490.

Circuit Court of Appeals, Sixth Circuit.

March 11, 1937.

Dorr E. Warner, of Cleveland, Ohio, for appellants.

Sayre, Vail & Dorn, of Cleveland, Ohio, for appellee.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause being now before the court upon a motion to dismiss the appeal, and

It appearing that, while the appeal is from a final order of discharge in a debtor proceeding under section 77B of the National Bankruptcy Act (11 U.S.C.A. § 207), it complains of the terms of a plan of reorganization approved by a requisite number of creditors of the debtor and confirmed by a prior order of the District Judge,

And it further appearing that an appeal earlier taken by the present appellant from the order of confirmation because involving a "proceeding" rather than a "controversy" in bankruptcy (Meyer v. Kenmore Hotel Co., 297 U.S. 160, 56 S.Ct. 405, 80 L. Ed. 557, was taken without leave of this court (required by section 24b of the Bankruptcy Law as amended, 11 U.S.C.A. § 47(b) and so was on motion dismissed,

And it further appearing by reference to assignments of error that appellants now seek review of the identical order sought to be reviewed in the abortive appeal heretofore dismissed, and the time for such review having expired, and

It being the conclusion of the court that under the guise of an appeal from an order of discharge the order confirming a reorganization plan, already executed, may not now be reviewed,

It is hereby ordered that the above appeal be, and it is hereby, dismissed.

Edwin T. COMAN v. COMMISSIONER OF INTERNAL REVENUE.

No. 8164.

Circuit Court of Appeals, Ninth Circuit.

March 22, 1937.

Slack & Zook, of San Francisco, Cal., for petitioner.

James W. Morris, Asst. Atty. Gen., and Francis I. Howley, Sp. Asst. to Atty. Gen., for respondent.

Before GARRECHT, and HANEY, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, ordered cause remanded to Board of Tax Appeals with directions to enter its decision that there are now no deficiencies in federal income taxes.